IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIBERTY AND PROSPERITY 1776, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> JON CORZINE, et al., <br><br> Defendants. | HON. JEROME B. SIMANDLE <br><br> Civil No. 08-2642 (JBS) <br><br> **ORDER** |

   This matter is before the Court upon motion of Defendants Jon Corzine and Anne Milgram to dismiss or in the alternative seeking a more definite statement or a more specific amended complaint [Docket Item 55], joined by the Middle Township Defendants [Docket Item 57] and by Defendant Landgraf [Docket Item 59] and by Defendants Cape May County and Sheriff Callinan [Docket Item 58]; and

   The Court having considered the submissions of counsel in support and opposition; and

   For the reasons stated in the Memorandum Opinion of today's date;

   IT IS this   **19th**   day of **October, 2009** hereby

   ORDERED that Defendants' motion for a more definite statement is GRANTED and Plaintiffs shall file a more specific

Second Amended Complaint within fourteen (14) days of the entry of this Order; thereafter, any Defendant may renew its motion to dismiss or may otherwise plead to the Second Amended Complaint.

                                         **s/ Jerome B. Simandle**
                                         JEROME B. SIMANDLE
                                         United States District Judge